UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

BOUKARE OUEDRAOGO, *d/b/a OB Tax Preparation*,

Defendant.

26-CV-6388 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 7, 2026, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 6. To date, Defendant has failed to appear in this action. No later than **September 9, 2026,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 2, 2026
New York, New York

JESSE M. FURMAN
United States District Judge