**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 19, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States of America v. Boukare Ouedraogo*, No. 26 Civ. 6388 (JMF)

Dear Judge Furman:

This Office represents plaintiff the United States of America (the "Government") in the above-referenced matter. The Court has scheduled a hearing on October 22, 2026, on the Government's motion for default judgment against defendant Boukare Ouedraogo ("Defendant"), which was filed on September 24, 2026. ECF No. 24. In addition to the two undeliverable letters discussed in the Government's previous letter to the Court, ECF No. 27, another mailing, sent to Defendant's home address, has since returned as undeliverable. In light of this, the Government respectfully asks this Court to adjourn the hearing for two weeks to provide it a further opportunity to try to contact Defendant.

Specifically, a Government investigator has uncovered a potential new residential address for Defendant. The Government is thus arranging for a process server to attempt to re-deliver the summons and complaint and other filings in this case to this new address by mail and in person.

The Government is undertaking these steps out of an abundance of caution. As explained in previous filings, the Government properly served the summons and complaint at Defendant's office and has made numerous attempts to contact Defendant by email, phone, certified mail, and FedEx since that time. *See* Silverman Declaration, ECF No. 13. The undersigned left voicemail messages for Defendant at phone numbers in which the outgoing messages indicated that the numbers belonged to Mr. Ouedraogo and OB Tax. *See id*. ¶¶ 9, 10. However, in light of the returned mail, the undersigned would like to continue to try to make contact with Defendant before the hearing on default judgment.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Erica Silverman*
ERICA A. SILVERMAN
Assistant United States Attorney
Tel.: (212) 637-2696
Email: erica.silverman@usdoj.gov

cc: Boukare Ouedraogo

The default judgment hearing previously scheduled for October 22, 2026, is hereby ADJOURNED *sine die*. No later than **November 2, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit. The Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

October 20, 2026