**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BOUKARE OUEDRAOGO, d/b/a OB Tax Preparation,

Defendant.

No. 26 Civ. 6388 (JMF)

**DEFAULT JUDGMENT**

AN ORDER having been issued, directing Defendant Boukare Ouedraogo, doing business as OB Tax Preparation, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; the motion for default judgment having been served on Mr. Ouedraogo in accordance with its terms; the return thereof having been duly filed; the matter having come to be heard before me; counsel for Plaintiff the United States of America (the "United States") having appeared in support thereof; and no one having appeared in opposition thereto;

NOW on the application of United States, it is hereby:

ORDERED AND ADJUDGED, that Mr. Ouedraogo repeatedly and continually engaged in conduct subject to penalty under 26 U.S.C. §§ 6694 and 6701, and that injunctive relief pursuant to 26 U.S.C. §§ 7407 and 7408 is appropriate to prevent recurrence of such illegal conduct;

ORDERED AND ADJUDGED, that Mr. Ouedraogo engaged in fraudulent or deceptive conduct that substantially interfered with the proper administration of the internal revenue laws, and that injunctive relief pursuant to 26 U.S.C. § 7407 is appropriate for this additional reason;

ORDERED AND ADJUDGED, that Mr. Ouedraogo repeatedly engaged in conduct that interfered with the enforcement of the internal revenue laws and that injunctive relief against him

is appropriate to prevent recurrence of such conduct pursuant to 26 U.S.C. § 7402 and the Court's inherent authority;

ORDERED AND ADJUDGED, that Mr. Ouedraogo is permanently enjoined from:

1. Acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other related documents or forms for any person or entity other than ~~herself;~~ himself

2. Preparing or filing, or assisting in preparing or filing, any federal tax return, amended return, or other federal tax document or form for any person other than himself;

3. Representing any person before the Internal Revenue Service ("IRS"), or advising, assisting, counseling, or instructing anyone about preparing a federal tax return, other than himself;

4. Owning, operating, managing, working in, investing in, providing capital or loans to, receiving fees or remuneration from, controlling, licensing, consulting with, or franchising a tax-return preparation business, including but not limited to OB Tax Preparation;

5. Training, instructing, teaching, and creating or providing "cheat sheets," memoranda, directions, instructions, or manuals pertaining to the preparation of federal tax returns;

6. Employing any person who prepares or files, or assists in preparing or filing, any federal tax return, amended return, or other federal tax document or form for any person other than himself;

7. Maintaining, assigning, holding, using, or obtaining a Preparer Tax Identification Number or an Electronic Filing Identification Number;

8. Having an ownership interest in an entity that is in the business of (i) preparing federal tax returns or other federal tax documents or forms for other persons or representing any person before the IRS, including but not limited to OB Tax Preparation; (ii) advising, assisting, counseling, or instructing anyone about preparing federal tax returns; or (iii) licensing rights to operate a tax preparation business or any other tax preparation products;

9. Providing office space, equipment, or services for, or in any other way facilitating, the work of any person or entity that is in the business of preparing or filing federal tax documents or forms for others or representing persons before the IRS;

10. Selling, providing access, or otherwise transferring to any person some or all of the assets of OB Tax Preparation generated by its tax-return preparation activities, including but not limited to assets such as customer lists;

11. Advertising tax-return preparation services through any medium, including the internet and social media;

12. Referring any customer to a tax preparation firm or a tax return preparer, or otherwise suggesting that a customer use any particular tax preparation firm or tax return preparer;

13. Engaging in any conduct that violates 26 U.S.C. §§ 6694 or 6701; and

14. Engaging in any conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws;

ORDERED AND ADJUDGED, that Mr. Ouedraogo shall produce to counsel for the United States, within 60 days of the Court's order, a list that identifies by name, social security number, address, email address, telephone number, and tax period(s) all persons for whom he

prepared federal tax returns or claims for a refund, for the tax processing years beginning in 2022 and continuing through the date of this order;

ORDERED AND ADJUDGED, that Mr. Ouedraogo, within 75 days of receiving the Court's order, must contact by U.S. mail and, if an email address is known, by email, all persons for whom she has prepared federal tax returns, amended tax returns, or claims for refund since January 2022, as well as all employees or independent contractors he has had since January 2022, and to inform them of the permanent injunction entered against him by sending each of them a copy of the order of default and permanent injunction, with no other enclosures unless approved by the U.S. Attorney's Office for the Southern District of New York;

ORDERED AND ADJUDGED, that Mr. Ouedraogo within 45 days of receiving the Court's order, must file a declaration, signed under penalty of perjury, confirming that he has received a copy of the Court's order and complied with its terms;

ORDERED AND ADJUDGED, that the United States may take such steps as necessary, including but not limited to post-judgment discovery, to monitor and ensure compliance with the Court's injunction;

ORDERED AND ADJUDGED, that Mr. Ouedraogo must disgorge to the United States the fees he earned for preparing federal tax returns in which he made reckless or fraudulent claims with respect to his customers' federal income tax liability, including but not limited to the $483,516_ the IRS has estimated as of the entry of this order;

ORDERED AND ADJUDGED, that this Court will retain jurisdiction over Mr. Ouedraogo and over this action for the purpose of enforcing the permanent injunction described in Paragraphs 1-14 above; and it is further

ORDERED AND ADJUDGED, that the Clerk of this Court is directed to enter judgment.

Dated: November 19, 2026
New York, New York

**SO ORDERED**:

HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
Jesse M. Furman

Judgment entered this 19
day of November, 2026

The Government shall take all reasonable steps to serve Defendant with this judgment using all known addresses, both physical and email. It shall file proof of such service and report its outcome no later than **December 1, 2026**.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.